# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deon Thomas | CASE NUMBER |
|---|---|
| v.   PLAINTIFF(S) | EDCV14-00999-VAP(PLAx) |
| Portfolio Recovery Associates LLC | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_5/27/14_  _____
Date                                                                     S. James Otero
                                                                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date                                                                     United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _EDCV14-00998-SJO(JPRx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.
- [ ] E. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Judge Jean P. Rosenbluth_ to Magistrate Judge _Paul L. Abrams_.

On all documents subsequently filed in this case, please substitute the initials _SJO(JPRx)_ after the case number in place of the initials of the prior judge, so that the case number will read _EDCV14-00999-SJO(JPRx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge   [✓] Statistics Clerk   5/22/2014 - adu

CV-34 (04/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases)